69 A.3d 237

**Bruce A. QUARLES, Petitioner**

v.

**Michael WENEROWICZ, Respondent.**

**No. 47 EM 2013.**

Supreme Court of Pennsylvania.

June 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

69 A.3d 237

**Rafael RIVERA, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS and The Court of Common Pleas of Philadelphia County, Respondents.**

**No. 49 EM 2013.**

Supreme Court of Pennsylvania.

June 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**